No. 23-1343

# In the United States Court of Appeals for the First Circuit

**UNITED STATES OF AMERICA,**
*Appellee,*

v.

**ÁNGEL L. VILLODAS-ROSARIO,**
*Defendant-Appellant.*

On Appeal from the United States District Court
for the District of Puerto Rico
Case No. 14-cr-663-RAM-1
Hon. Raúl Arias-Marxuach, Chief, U.S. District Judge

**APPELLANT'S NOTICE RE:
REPLY BRIEF**

TO THE HONORABLE COURT:

The reply brief for the defendant-appellant, Ángel L. Villodas-Rosario, is due today, March 15, 2024. The due date had been extended upon motion by the undersigned attesting that additional time was necessary to "discuss with and advise Mr. Villodas on a sensitive" case-related issue, and that consultation was necessary

before counsel could take "additional steps in this case…." Motion at 2, No. 23-1343 (Feb. 26, 2024). That attorney-client call took place earlier in the week.

After consulting with Mr. Villodas, and having carefully reviewed the record and the parties' submissions, the undersigned respectfully informs the Court that we will not file a reply brief in this matter. As noted, we have remained in contact with Mr. Villodas, and he is aware of developments in this case.

**WHEREFORE**, we respectfully ask the Court to note the foregoing information and deem the case submitted. *See* Appellant's Brief at viii.

**RESPECTFULLY SUBMITTED** on March 15, 2024.

> S/**FRANCO L. PÉREZ REDONDO**
> Assistant Federal Public Defender
> Supervisor, Appeals Section
> First Circuit Bar No. 1175955
> Telephone: (787) 281-4922
> Email: Franco_Perez@fd.org

**CERTIFICATION:** I ECF-filed this **NOTICE** on March 15, 2024, notifying the parties/government counsel.