# United States Court of Appeals
## For the First Circuit

No. 23-1343

UNITED STATES,

Appellee,

v.

ANGEL L. VILLODAS-ROSARIO,

Defendant - Appellant.

Before

Barron, Chief Judge,
Kayatta and Aframe, Circuit Judges.

**ORDER OF COURT**

Entered: November 13, 2024

Upon consideration of appellant's "Unopposed Motion to Expedite Issuance of the Mandate," the motion is **GRANTED** and mandate shall issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
José A. Ruiz Santiago
Jose Capo-Iriarte
Myriam Yvette Fernandez-Gonzalez
Mariana Bauzá Almonte
Kelly Zenon-Matos
Alexander Louis Alum
Ricardo Imbert-Fernández
Carlos A. Vazquez-Alvarez
Angel L. Villodas-Rosario
Franco L. Pérez-Redondo